EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Ramón Colón Olivo | 2014 TSPR 101<br><br>191 DPR ____ |

Número del Caso: TS-9069

Fecha: 18 de agosto de2014

Abogado del Peticionario:

      Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Ramón Colón Olivo                    TS-9069

*RESOLUCIÓN*

En San Juan, Puerto Rico, a 18 de agosto de 2014.

Examinada la *Moción Solicitando Reinstalación* presentada por el Sr. Ramón Colón Olivo, se declara con lugar. Respecto a la *Réplica a Moción Informativa y Solicitando Remedios,* la *Moción Informativa y en Cumplimiento de Orden* –ambas presentadas por el señor Colón Olivo- y la *Moción Informativa* presentada por la Oficina de Inspección de Notarías (ODIN), se da por concluido el proceso de subsanación de la obra notarial. Se le advierte al señor Colón Olivo que la aprobación con deficiencias de su obra protocolar incautada no le libera de posible responsabilidad legal frente a terceros con relación a la misma. Asimismo, se le apercibe al señor Colón Olivo que, de incumplir nuevamente con nuestros requerimientos y los de la ODIN, seremos más severos en nuestra sanción.

En vista de que se ordenó la reinstalación del señor Colón Olivo, se ordena la reactivación de las quejas AB-2008-41 y AB-2008-54 y se concede al quejoso y la ODIN un término simultáneo de treinta (30) días naturales –contados a partir de la notificación de esta Resolución- para que muestren causa por la cual no debemos archivar las quejas con un apercibimiento al señor Colón Olivo de que,

de incurrir nuevamente en conducta antiética, podrá ser sujeto a sanciones severas, incluyendo la suspensión.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Martínez Torres y la Jueza Asociada señora Pabón Charneco están conformes con conceder un término al quejoso y la ODIN para que muestren causa por la cual no debemos archivar las quejas AB-2008-41 y AB-2008-54, pero hubieran esperado a que estas quejas se resolvieran antes de considerar reinstalar al peticionario. El Juez Asociado señor Rivera García no interviene. El Juez Asociado señor Estrella Martínez no intervino.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo